## STEVENS V. THE STATE.

(Decided June 19, 1913.)

APPEAL from Pike County Law Court.

Heard before Hon. T. L. BORUM.

E. R. BRANNEN, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—The indictment was sufficient.—*Mitchell v. State,* 2 Ala. App. 147, 56 South. 56; Sec. 7151, Code 1907. Affirmed.

---

## TARPLEY V. W. T. RAWLEIGH MEDICINE CO.

(Decided May 13, 1913.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

O. S. LEWIS, for appellant. BARNES & DENSON, for appellee.

Per curiam. Appeal dismissed by agreement.

---

## TATUM V. RIDDLE.

(Decided June 5, 1913.)

APPEAL from Clay Circuit Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant. RIDDLE, ELLIS, RIDDLE & PRUET, for appellee.

Per curiam. Affirmed on certificate.

---

## T. C. PARKER RAILWAY NEWS CO. V. CLEANEY.

(Decided April 17, 1913.)

APPEAL from Coosa Circuit Court.

Heard before Hon. A. H. ALSTON.

LACKEY & BRIDGES, for appellant. RIDDLE, ELLIS, RIDDLE & PRUET, for appellee.

Per curiam. Affirmed for want of assignment of errors.